IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

CURTIS MARVIN McKINNEY          §
                                §
            Petitioner,         §
                                §
VS.                             §
                                §        NO. 3-06-CV-0141-D
DOUGLAS DRETKE, Director        §
Texas Department of Criminal Justice,  §
Correctional Institutions Division     §
                                §
            Respondent.         §

## ORDER

After conducting a review of the pleadings, files, and records in this case, and the findings and recommendation of the United States Magistrate Judge, in accordance with 28 U.S.C. § 636(b)(1), I am of the opinion that the findings and recommendation of the Magistrate Judge are correct and they are hereby accepted as the findings of the court.

**SO ORDERED**.

March 17, 2006.

_____
SIDNEY A. FITZWATER
UNITED STATES DISTRICT JUDGE